# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. GERKEN, DENNIS KEMP, TRAVIS KNIGHT and ANGELIQUE PERKINS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **CIVIL ACTION NO.**: |
| v. | ) | |
| | ) | **1:20-cv-01536** |
| MANTECH INTERNATIONAL CORPORATION, BOARD OF DIRECTORS OF MANTECH INTERNATIONAL CORPORATION, THE RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-30. | ) ) ) ) ) ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Named Plaintiffs Christopher J. Gerken, Dennis Kemp, Travis Knight, and Angelique Perkins (collectively, "Plaintiffs"), participants in the ManTech International 401(k) Plan (the "Plan") hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1.      Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), executed on December 28, 2020 and previously filed with the Court on December 29, 2020 (ECF 16-2);

2.      Certifying the Class as defined in the Settlement Agreement;

3.      Appointing Named Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. 23(g);

4.      Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5.      For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A.      Memorandum in support of Plaintiffs' Final Approval of Class Action Settlement; and

B.      Declaration of Mark K. Gyandoh in support of Plaintiffs' Motion for Final Approval of Class Action Settlement and exhibits thereto.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the parties and attached to the Settlement Agreement as Exhibit D.  Further, the parties have conferred and respectfully request the _____, 2021 Fairness Hearing be held telephonically or by video sharing service such as Zoom, as part of the COVID-19 mitigation efforts.  If the Court grants this request, Class Counsel shall make this announcement on the Settlement Website as contemplated under paragraph 26 of the Preliminary Approval Order.


Dated:  April 6, 2021                           Respectfully submitted,

_____
Charles L. Williams (VSB No. 23587)
WILLIAMS & SKILLING PC
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, Virginia   23111
Telephone: (804) 447-0307, ext. 305
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com

Mark K. Gyandoh, Esquire
PA Attorney ID #88587
(*Admitted Pro Hac Vice*)
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
(610) 890-0200
Fax (717) 233-4103

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
(*Admitted Pro Hac Vice*)
PA Attorney ID #82498
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com
(717) 233-4101
Fax (717) 233-4103

Proposed Class Counsel