UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>ALEXANDRIA DIVISION</u>

| | |
|---|---|
| CHRISTOPHER J. GERKEN, DENNIS KEMP, TRAVIS KNIGHT and ANGELIQUE PERKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION, BOARD OF DIRECTORS OF MANTECH INTERNATIONAL CORPORATION, THE RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>1:20-cv-01536 |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF
<u>SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION</u>**

Named Plaintiffs Christopher J. Gerken, Dennis Kemp, Travis Knight, and Angelique Perkins (collectively, "Plaintiffs"), participants in the ManTech International 401(k) Plan (the "Plan") hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on December 28, 2020 and previously filed with the Court on December 29, 2020 (ECF 16-2);

2. Certifying the Class as defined in the Settlement Agreement;

3. Appointing Named Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum in support of Plaintiffs' Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation; and

B. Declarations of Plaintiffs' Counsel, the Named Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the parties and attached to the Settlement Agreement as an exhibit.

Dated: April 6, 2021                     Respectfully submitted,

                                                                         Charles L. Williams (VSB No. 23587)
WILLIAMS & SKILLING PC
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, Virginia 23111
Telephone: (804) 447-0307, ext. 305
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com

Mark K. Gyandoh, Esquire
PA Attorney ID #88587
(*Admitted Pro Hac Vice*)
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
(610) 890-0200
Fax (717) 233-4103

        **CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
(*Admitted Pro Hac Vice*)
PA Attorney ID #82498
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com
(717) 233-4101
Fax (717) 233-4103

*Proposed Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of April 2021, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing (NEF) to all counsel of record.

        By: /s/Charles L. Williams_____
Charles L. Williams (VSB No. 23587)
WILLIAMS & SKILLING PC
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, Virginia 23111
Telephone: (804) 447-0307, ext. 305
Facsimile: (804) 447-0367
Email: cwilliams@williamsandskilling.com